IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | APPELLATE DOCKET NUMBER |
| | : | 17-1681 |
| Appellee, | : | |
| | : | |
| -v- | : | |
| | : | |
| LEROY BROOKS | : | |
| | : | |
| Appellant. | : | ELECTRONICALLY FILED |

_____

APPELLATE COUNSEL'S RESPONSE TO
APPELLANT'S *PRO SE* MOTION TO SUBSTITUTE COUNSEL
_____

Counsel for appellant opposes appellant's pro se motion to substitute counsel. Counsel will rely upon the annexed Certification in support of counsel's position.

Dated: July 24, 2017

_____
RICHARD SPARACO, ESQ.
Bar ID# 021291981
1920 Fairfax Ave.
Cherry Hill, NJ 08003
856-751-8888; rsparaco@me.com
Attorney for Appellant

1